John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth St., Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
TUTORING CLUB, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTORING CLUB, LLC, a Nevada Limited Liability Company;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JASON KRULEE, an individual; JANET KRULEE, an individual; and DOES 1 through 10, inclusive;<br><br>　　　　　Defendants. | Case No. C 07 01720 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

After duly considering the complaint, plaintiff's ex parte motion and supporting papers, and good cause appearing, the court finds that the issuance of a Temporary Restraining Order and Order to Show Cause re Issuance of Preliminary Injunction is necessary and appropriate in that plaintiff Tutoring Club, LLC ("Tutoring Club") has shown a probability of success on the merits and that it is likely to suffer irreparable injury absent issuance of the requested injunctive relief pending trial.  Based thereon,

IT IS ORDERED that pending the hearing on the Order to Show Cause re Issuance of Preliminary Injunction, defendants Jason

Krulee and Janet Krulee, along with any and all of their agents, employees, servants, assigns, attorneys, affiliated persons or entities, and all other persons or entities acting in concert with them or either of them, are hereby temporarily enjoined and restrained from doing any of the following acts:

    A.   Using any of Tutoring Club's trademarks, service marks, trade names, or logos, including but not limited to the following federally registered marks:

| Reg. # | Mark |
| --- | --- |
| 2990252 | A Class Above. Guaranteed |
| 2861460 | TUTORUP |
| 2562813 | TUTORING CLUB DESIGN |
| 2543817 | TUTORING CLUB |
| 2543816 | TUTORING CLUB |
| 2545740 | TUTORING CLUB WHERE LEARNING IS FUN! |
| 2572603 | TUTORING CLUB |

or any other mark, trade name or logo that is confusingly similar thereto;

    B.   Possessing or using any manual, software, equipment, or other materials received from Tutoring Club or containing any of Tutoring Club's trade secrets or proprietary information (including but not limited to any workbooks, teaching outlines, operations manual, learning aids, or any other document, software, or materials);

    C.   Using any telephone number, facsimile number, Internet

addresses, email addresses, or domain names that were used in the operation of the defendants' Tutoring Club franchise business (including but not limited to the telephone number of 408-848-8867, the facsimile number of 408-846-4340, and the email addresses of gilroyca@tutoringclub.com and tutoringclubgilroy@hotmail.com);

D. Using any signs, advertising, telephone listing, or website that contains or displays the "Tutoring Club" name or any of Tutoring Club's trademarks, service marks, or logos, or any other mark, trade name, or logo that is confusingly similar thereto.

IT IS FURTHER ORDERED that, pending the hearing on the Order to Show Cause re Issuance of Preliminary Injunction, Jason Krulee and Janet Krulee, along with any and all of their agents, employees, servants, assigns, attorneys, affiliated persons or entities, and all other persons or entities acting in concert with them or either of them, are directed, ordered, and required to do each of the following:

A. Immediately take all steps necessary to transfer to Tutoring Club any and all telephone numbers, facsimile numbers, Internet addresses, email addresses, or domain names used in the operation of the defendants' former Tutoring Club franchise, (including but not limited to the telephone number of 408-848-8867, the facsimile number of 408-846-4340, and the email addresses of gilroyca@tutoringclub.com and tutoringclubgilroy@hotmail.com);

B. Cancel any and all advertising and promotional materials (including any and all White Pages and the Yellow Pages advertising) for any telephone numbers that were used in connection with operation of the Krulees' tutoring business while they were

franchisees of Tutoring Club (including but not limited to 408-848-8867 and 408-846-4340; and

  C. Immediately return to Tutoring Club all documents, manuals, software, equipment, and other materials, including but not limited to any workbooks, teaching outline, operations manual, learning aids, or any other document relating to Tutoring Club's System or otherwise containing any of Tutoring Club's trade secrets or proprietary information.

  IT IS FURTHER ORDERED that defendants Jason Krulee and Janet Krulee shall appear before this court on ___May 11___, 2007, at _9:00_ a.m., in Courtroom 10, located at 450 Golden Gate Avenue, San Francisco, California, then and there to show cause, if any they may have, why a preliminary injunction should not be issued pending entry of judgment that enjoins and restrains the defendants, along with any and all of their agents, employees, servants, assigns, attorneys, affiliated persons or entities, and all other persons or entities acting in concert with them or either of them, from doing any of the following acts:

  A. Using any of Tutoring Club's trademarks, service marks, trade names, or logos, including but not limited to the following federally registered marks:

| Reg. # | Mark |
|---|---|
| 2990252 | A Class Above. Guaranteed |
| 2861460 | TUTORUP |

```
2562813     TUTORING CLUB DESIGN
2543817     TUTORING CLUB
2543816     TUTORING CLUB
2545740     TUTORING CLUB WHERE
            LEARNING IS FUN!
2572603     TUTORING CLUB
```

or any other mark, trade name or logo that is confusingly similar thereto;

B. Possessing or using any manual, software, equipment, or other materials received from Tutoring Club or containing any of Tutoring Club's trade secrets or proprietary information (including but not limited to any workbooks, teaching outlines, operations manual, learning aids, or any other document, software, or materials);

C. Using any telephone number, facsimile number, Internet addresses, email addresses, or domain names that were used in the operation of the defendants' Tutoring Club franchise business (including but not limited to the telephone number of 408-848-8867, the facsimile number of 408-846-4340, and the email addresses of gilroyca@tutoringclub.com and tutoringclubgilroy@hotmail.com);

D. Using any signs, advertising, telephone listing, or website that contains or displays the "Tutoring Club" name or any of Tutoring Club's trademarks, service marks, or logos, or any other mark, trade name, or logo that is confusingly similar thereto.

IT IS FURTHER ORDERED that, pending entry of judgment, defendants Jason Krulee and Janet Krulee, along with any and all of

their agents, employees, servants, assigns, attorneys, affiliated persons or entities, and all other persons or entities acting in concert with them or either of them, are directed, ordered, and required to do each of the following:

    A.   Immediately take all steps necessary to transfer to Tutoring Club any and all telephone numbers, facsimile numbers, Internet addresses, email addresses, or domain names used in the operation of the defendants' former Tutoring Club franchise, (including but not limited to the telephone number of 408-848-8867, the facsimile number of 408-846-4340, and the email addresses of gilroyca@tutoringclub.com and tutoringclubgilroy@hotmail.com);

    B.   Cancel any and all advertising and promotional materials (including any and all White Pages and the Yellow Pages advertising) for any telephone numbers that were used in connection with operation of the Krulees' tutoring business while they were franchisees of Tutoring Club (including but not limited to 408-848-8867 and 408-846-4340; and

    C.   Immediately return to Tutoring Club all documents, manuals, software, equipment, and other materials, including but not limited to any workbooks, teaching outline, operations manual, learning aids, or any other document relating to Tutoring Club's System or otherwise containing any of Tutoring Club's trade secrets or proprietary information.

As a condition to the effectiveness of this order, plaintiff shall post an undertaking pursuant to Fed. R. Civ. P. 65(c) as security in the amount of $1,000.00.

1    IT IS FURTHER ORDERED that a copy of plaintiff's ex parte
2 motion and supporting papers, together with a copy of this Order,
3 shall be served on defendants by not later than 5 p.m. on 5/7/07 ,
4 2007.

6        5/7/07
7 Dated:_____

                                    _____
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT