IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTORING CLUB, LLC, | No. C 07-01720 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR PRELIMINARY INJUNCTION** |
| v. | |
| JASON KRULEE, et al., | |
| Defendants. | |

The parties appeared on May 11, 2007, to discuss plaintiff's request for a preliminary injunction. For good cause shown, the Court hereby GRANTS plaintiff's request for a preliminary injunction, the terms of which are set out on pages four and five of the May 7, 2007 Order Granting Plaintiff's Ex Parte Motion for Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: May 11, 2007

SUSAN ILLSTON
United States District Judge