IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTORING CLUB, LLC, | No. C 07-01720 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JASON KRULEE, ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 17, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 28, 2007.

DESIGNATION OF EXPERTS: 11/15/07n; REBUTTAL: n/a.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 7, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by January 11, 2008;

Opp. Due January 25, 2008; Reply Due February 1, 2008;

and set for hearing no later than February 15, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 11, 2008 at 3:30 PM.

JURY TRIAL DATE: March 24, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

N/A

Dated:

SUSAN ILLSTON
United States District Judge